**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6756**

---

DAVID GENE CARLE,

        Plaintiff - Appellant,

    v.

SERGEANT WILLIAMSON,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:24-ct-03171-FL)

---

Submitted:  December 23, 2025             Decided:  December 31, 2025

---

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

David Gene Carle, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Gene Carle appeals the district court's order denying his motion to appoint counsel and dismissing his amended 42 U.S.C. § 1983 civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Carle v. Williamson*, No. 5:24-ct-03171-FL (E.D.N.C. Aug. 14, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*